# UNITED STATES DISTRICT COURT
for the
District of North Dakota

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The premises at 12324 Creeks Edge Road, Menoken, ND, the person of HEBER JEFFS and one White Ford Super Duty pickup bearing Utah licenseplate OJ8CE.

Case No. 1:23-mj-78

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The residence located at 12324 Creeks Edge Road, Menoken, ND, the person of HEBER Pearson JEFFS, A.K.A., HEBER Steed JEFFS and one White Ford Super Duty pickup bearing Utah license plate OJ8CE.

located in the _____ District of North Dakota, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of the Affidavit of Probable Cause of SA Karsten Anderson.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1201 | Kidnapping a minor in interstate transportation. |

The application is based on these facts:
See Affidavit of Probable Cause of SA Karsten Anderson, HSI. See also, attached Exhibits 1, 2, and 3.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Karsten Anderson
*Applicant's signature*

Karsten Anderson, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb 10, 2023

*Judge's signature*

City and state: Bismarck, North Dakota

Clare R. Hochhalter, United States Magistrates Judge
*Printed name and title*