IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

IN THE MATTER OF THE SEARCH OF:

The residence located at 12324 Creeks Edge
Road, Menoken, ND, the person of HEBER
Pearson JEFFS, A.K.A., HEBER Steed JEFFS
and one White Ford Super Duty pickup
bearing Utah license plate OJ8CE.

Case No. 1:23-mj-78 _____

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

I, Karsten Anderson, being duly sworn, state the following is true and correct to the best
of my knowledge and belief:

1.    Your Affiant is a Special Agent (SA) with Homeland Security Investigations assigned to
the HSI Resident Agent (RA) office in Bismarck, North Dakota. Your Affiant has been
employed by HSI since June of 2009. Your Affiant has an Associates of Arts degree
from Minnesota State University, Mankato, and has successfully completed the Criminal
Investigator Training Program and HSI Special Agent Training at the Federal Law
Enforcement Training Center in Glynco, Georgia. Prior to his employment with HSI,
your Affiant was an Officer with United States Customs and Border Protection from
2005-2009. Your Affiant has conducted or assisted on several investigations involving
the online sexual exploitation of children, human trafficking, human smuggling, and
narcotics trafficking.

2.     As a Special Agent, your Affiant is responsible for enforcing federal criminal statues

pursuant to Title 18, Title 8, and Title 21 of the United States Code (USC).  Your Affiant

has received training and actual experience relating to Federal Criminal Procedures, and

HSI Regulations.  Your Affiant has received training and instruction in the field of

investigation of the sexual exploitation of children, human trafficking, human smuggling,

and narcotics trafficking and has had the opportunity to participate in numerous

investigations relating to the sexual exploitation of children, human smuggling, human

trafficking, and narcotics trafficking.  The information contained within this affidavit is

based on you Affiant's training and experience, review of the affidavit submitted by Scott

Burns, the Piute County (Utah) Attorney in support of an application for an arrest warrant

for HEBER PEARSON JEFFS (See Exhibit 1 attached hereto.), discussions with High

Plains Fugitive Task Force (HPFTF), Task Force Officer (TFO) Joseph Walker, and from

other law enforcement officers involved with this investigation.

3.     As a Special Agent with HSI, your Affiant has the authority to investigate violations of

federal law.  Your Affiant also has the authority to seek and execute federal process, to

include criminal complaints, arrest warrants and search warrants.  This Affidavit is made

in support of an application for a warrant to search the residence located at 12324 Creeks

Edge Road, Menoken, ND (58558), to search the person of HEBER PEARSON JEFFS

and the White Ford Super Duty Pickup HEBER JEFFS drives.  The address with be

further identified as the "SUBJECT PREMISES" and the White Ford Pickup will be

further identified as the "SUBJECT VEHICLE" and both will be further described in

Attachment A.

4.      Your Affiant believes the facts and circumstances set forth herein establish probable cause that a crime has been or is being committed and that a search of the SUBJECT PREMISES, the person of HEBER PEARSON JEFFS and the SUBJECT VEHICLE, for the items and information detailed in Attachment B will result in the discovery of evidence which shows or tends to show a crime has been committed or that a particular person has committed a crime.

5.      Your Affiant also submits that there is probable cause to believe that HEBER PEARSON JEFFS, further identified as HEBER JEFFS, has committed violations of 18 U.S.C. Section 1201(a)(1), which makes it a crime to seize, confine, inveigle, decoy, kidnap abduct, or carry away or hold for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when the person is willfully transported in interstate transport across a State Boundary further identified as the SPECIFIED FEDERAL OFFENSE.

6.      Because this affidavit is being submitted for the limited purpose of applying for a search warrant, your Affiant has not included every fact known concerning this investigation.  It would be nearly impossible to include all known information in this affidavit.  Instead, your Affiant has provided a general overview of the investigation and has set forth only the specific facts necessary to establish probable cause.  Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim.  The information contained in this affidavit is based on your Affiant's personal knowledge and information gained through training and experience, in addition to information obtained by other law enforcement agents, witnesses and the review of additional evidence.

## PROBABLE CAUSE

7.      Your Affiant has learned that HEBER JEFFS is a member of the Fundamentalist Church of Jesus Christ of Latter-Day Saints (FLDS), a religious movement that separated from the Church of Jesus Christ of Latter-Day Saints (LDS), that practices polygamy and is led by Warren Jeffs.  Sometime in 2022, Warren Jeffs issued a "revelation" that his son, Helaman Jeffs, should also be considered a "Prophet," and holds a position of authority in the FLDS.  In 2006, Warren Jeffs was placed on the FBI's Ten Most Wanted List following charges he arranged marriages between adult male members of the FLDS and underaged girls in Utah.  In 2007, authorities in Arizona charged Warren Jeffs for sexual conduct with minors and incest.  In 2008, authorities in Texas charged Warren Jeffs with raping a 15-year-old he had married and a 12-year-old he had married.  In 2011, Warren Jeffs was convicted of two counts of sexual assault of a child in Texas and sentenced to life in prison. HEBER JEFFS is the nephew of Warren Jeffs.

8.      HEBER JEFFS is believed to be an active member of the FLDS and believes that Warren and Helaman Jeffs are prophets of the FLDS religion.

9.      HEBER JEFFS is believed to be married to Sarah Steed Jeffs.  HEBER JEFFS has a sister, Rose Jeffs.  Rose Jeffs was formerly married to Dowayne Aaron Barlow.  Rose Jeffs and Dowayne Barlow have a daughter born in April of 2012 in Hildale, Utah, hereafter referred to as TKB.  As the brother of TKB's mother, HEBER JEFFS is TKB's uncle.

10.     Sometime within the first year of TKB's birth, Rose Jeffs and Dowayne Barlow asked HEBER JEFFS and Sarah Jeffs to care for TKB because Rose and Dowayne were having

marital problems. Rose and Dowayne had four (4) other children and believed it would be helpful for TKB to stay with HEBER and Sarah JEFFS.

11.    Rose and Dowayne eventually divorced. Rose moved to Cache County, Utah with her other four (4) children. Dowayne lives separate from Rose and their children in Arizona. TKB continued to live with HEBER and Sarah JEFFS for the next nine (9) to ten (10) years. During that time, Rose and Dowayne had full and unrestricted access to TKB.

12.    Rose and Dowayne have left the FLDS and no longer believe that Warren Jeffs, or Healaman Jeffs have authority over them or TKB.

13.    Sometime in 2022, Warren Jeffs announced that he had received a revelation. Warren Jeffs commanded that female members of the FLDS should quit their current employment and prepare to move as directed by Warren or Helaman Jeffs. Warren or Helaman Jeffs directed the male members of the FLDS to collectively pursue work primarily in the construction trades and send money to Helaman Jeffs, or other designated members of the FLDS, pending further direction from Warren or Helaman Jeffs.

14.    Your Affiant has read that Warren Jeffs had forbidden female members of the FLDS to marry or bear children. This edict has been in place for over a decade. It is believed that Warren or Helaman Jeffs have directed the FLDS members to engage in the actions set forth above to prepare for a lifting of the ban on marriage and childbearing.

15.    In 2022, Rose Jeffs made reports to law enforcement authorities in Piute County Utah that Heber JEFFS was keeping her from TKB. Rose Jeffs reported she had full and free access to TKB from TKB's birth until August 2022, or about the same time Warren or Helaman Jeffs ordered the FLDS members to prepare to relocate in preparation for the lifting of the ban on marriage and childbearing.

16.    Sometime in July or early August 2022, Rose Jeffs learned that Sarah Jeffs was no longer taking care of TKB with HEBER JEFFS. This was of great concern to Rose and Dowayne. On or about August 3, 2022, Rose Jeffs called HEBER JEFFS and asked if Sarah Jeffs was still taking care of TKB. HEBER JEFFS informed Rose Jeffs that Sarah Jeffs was no longer taking care of TKB and that he was taking care of TKB now. Rose asked if she could visit TKB and HEBER JEFFS told her she could.

17.    On or about August 3, 2022, Rose Jeffs was traveling to visit TKB when she received a call from HEBER JEFFS. During that call, HEBER JEFFS told Rose not to go to his home in Kingston, Utah, instead they should meet at a park in Richfield, Utah.

18.    Rose Jeffs met HEBER JEFFS at the park in Richfield, Utah, HEBER JEFFS told her, "Circumstances have changed, and I am going to change things from the way you and Sarah had it set up;" HEBER JEFFS said he was not, "cutting her off from TKB," but he, "just wants to do things differently, his own way." Rose Jeffs believes HEBER JEFFS received communication from either Warren or Helaman Jeffs that she was to no longer have access to her daughter.

19.    Rose Jeffs reported that following that meeting, she emailed HEBER JEFFS and told him that she was now able to take care of TKB and wanted TKB back. Rose did not receive a response from HEBER JEFFS. Having received no response from HEBER JEFFS in regard to her email, on or about August 5, 2022, Rose Jeffs drove to HEBER JEFFS' residence in Kingston, Utah with the intent to take custody of her daughter.

20.    HEBER JEFFS would not permit Rose Jeffs to enter his home but talked with her at the front door. TKB was present, inside the home, behind HEBER JEFFS, as Rose stood outside the door and demanded HEBER permit her to take custody of her child. HEBER

JEFFS told Rose, "I'm taking it further," and that, "I will not give TKB up except by force through law enforcement."

21. HEBER Jeffs told Rose that he was cutting her off and that she would, "not be allowed access to her child unless she was going to get back into the church (FLDS) by writing to Helaman Jeffs or Warren Jeffs."

22. HEBER Jeffs would not permit Rose to enter the house, nor would he permit TKB to leave the house.

23. Rose Jeffs left HEBER JEFFS home and went to the Piute County Sheriff's Office and asked for assistance to get her daughter back. Rose Jeffs was informed she would need TKB's birth certificate or court documents that showed she was entitled to custody of TKB.

24. Rose Jeffs retained counsel, and through court filings, secured an order granting a preliminary injunction, directing HEBER JEFFS to immediately deliver TKB to the care and custody of Rose Jeffs and a writ of assistance to remove a child, directing law enforcement to locate TKB, and to use reasonable means to remove the child from HEBER JEFFS, or third parties, and deliver TKB to her mother.

25. On September 22, 2022, a Piute County Deputy Sheriff and Rose Jeffs, with the legal process directing that TKB be delivered to Rose Jeffs went to HEBER JEFFS residence in Kingston, Utah to take custody of TKB. After knocking at the door, for a long time, they were greeted by "Leona." (Leona is believed to be Sarah Jeffs' sister and HEBER JEFFS' sister-in-law.) Leona told Rose and the deputy that TKB was with HEBER JEFFS and that they had been gone for approximately four (4) weeks. Leona claimed to

have no idea when HEBER JEFFS would return. The deputy told Leona to have HEBER

JEFFS call the deputy as soon as possible.

26. The Deputy entered TKB into the National Crime Information Center (NCIC) as a

"missing person." The deputy told Rose Jeffs he would keep an eye on the residence and

look for HEBER JEFFS. No one has reported any news regarding the location of

HEBER JEFFS or TKB since that date and the submission of Scott Burn's Affidavit.

27. Rose Jeffs last saw TKB on August 5, 2022, in Piute County, Utah in the custody of

HEBER JEFFS. HEBER JEFFS knew on August 3, 2022, and on August 5, 2022, that

Rose Jeffs intended to take custody of TKB and denied Rose Jeffs that right. HEBER

JEFFS is not the father, or guardian of TKB and court orders have been obtained

directing HEBER JEFFS to immediately deliver TKB to Rose JEFFS.

28. Utah law enforcement visited HEBER JEFFS' last known place of employment and were

told he no longer worked there. Utah law enforcement officers made numerous attempts

to contact HEBER JEFFS by phone and received no answer, emails Utah law

enforcement officers sent to accounts HEBER JEFFS was believed to use received no

response.

29. On December 19, 2022, District Court Judge Marvin Bagley, in the Sixth Judicial District

Court for Piute County, Utah, issued an arrest warrant for HEBER PEARSON JEFFS for

the crime of Child Kidnapping.

30. On February 8, 2023, Your Affiant put HEBER JEFFS name in the Google search bar

(See Exhibit 2 attached hereto), the search resulted in several news stories referencing

kidnapping charges filed against HEBER JEFFS in Utah. Including a December 21,

2022, article written by Sam Metz, for the Associated Press, referencing court documents

in Utah, charging HEBER JEFFS with kidnapping his niece. (See Exhibit 3 attached hereto.)

31.     In late January 2023, the United States Marshal's Service (USMS) High Plains Fugitive Task Force (HPFTF) in Bismarck, North Dakota, learned HEBER JEFFS had an active arrest warrant for kidnapping in Piute County, Utah and may be in Burleigh County, North Dakota. The HPFTF learned that David Jeffs, the son of HEBER JEFFS, had purchased, or was purchasing, a residence at 12324 Creeks Edge Road in Menoken, North Dakota. (The SUBJECT PREMISES.)

32.     On February 1, 2023, HEBER JEFFS was observed exiting the driver's seat of a White Ford Super Duty pickup (The SUBJECT VEHICLE.) and enter the SUBJECT PREMISES. The SUBJECT VEHICLE was bearing Utah license plate OJ8CE and registered to HEBER JEFFS.

33.     HEBER JEFFS and David Jeffs were observed moving seven twin sized mattresses into the SUBJECT PREMISES. Pink colored bedding was observed being carried into the SUBJECT PREMISES, and approximately six (6) to seven (7) child sized bikes were moved into the garage of the SUBJECT PREMISES.

34.     In your Affiant's training and experience, the delivery of the beds, bedding, and bicycles would indicate the presence or expected presence of children in the residence.

35.     On February 2, 2023, a blue Ford Explorer, registered to Sarah Jeffs was observed parked in the driveway of the SUBJECT PREMISES. On the same date, a female identified as Margaret "Leona" Steed, was observed coming and going from the SUBJECT PREMISES. Margaret and Sarah were never observed to leave the SUBJECT

RESIDENCE at the same time.  The Piute County Sheriff's Office informed members of the HPFTF that they believed TKB would be with Sarah and Margaret.

36.    From February 2, 2023, thru February 8, 2023, Sarah and Margaret have been observed coming and going from the SUBJECT PREMISES.

37.    On February 4, 2023, the SUBJECT Vehicle was observed in the driveway of the SUBJECT PREMISES.  HEBER JEFFS was observed leaving the SUBJECT PREMISES in the SUBJECT VEHICLE and was followed as he drove North bound on Highway 83 out of Burleigh County.

38.    Via surveillance of the residence, Task Force officers observed that all of the vehicles coming and going from the SUBJECT PREMISES had all of the windows tinted to the point that no observations could be made of the interior and as a result there was no way through normal surveillance to observe any other individuals that may have been transported to or from the residence through the attached three stall garage.

39.    In addition, through training and experience, your Affiant knows that people driving long distances, such as from Utah to North Dakota, often obtain, collect or retain physical and digital data indicating traveling routes, receipts for gas, food and lodging and other locations they may have stopped during their travels.  In addition, people often take pictures during their travels as souvenirs of where they have been or to memorialize a moment in time.

40.    Based on the foregoing, you Affiant requests that the court issue the proposed warrant, authorizing the search of the SUBJECT PREMISES, of HEBER PEARSON JEFFS' person, and the SUBJECT VEHICLE further described in Attachment A for violations of the SPECIFIED FEDERAL OFFENSES.  Pursuant to the search warrant, your Affiant

asks that the search warrant allow law enforcement to seize and forensically examine any computer, cellular phone, electronic or digital equipment and storage devices located in the SUBJECT PREMISES, on HEBER JEFFS' person or in the SUBJECT VEHICLE for evidence. The seizure of computers, computer related hardware, and cellular phones allows for analysis/search for evidence of a crime in an appropriate forensic setting. Your Affiant knows, based on his training and experience, that analyzing this data can assist law enforcement in identifying motives, timeline, witnesses, photos, messages, or other data relevant to criminal investigations.

FURTHER YOUR AFFIANT SAYETH NOT

Karsten Anderson
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 10th day of February 2023.

Clare R. Hochhalter
Magistrate Judge, United States District Court

**The Order of the Court is stated below:**
**Dated:** December 19, 2022      /s/  MARVIN D BAGLEY
08:46:29 PM                    District Court Judge

Scott Burns (4283)
**PIUTE COUNTY ATTORNEY**
415 North Main, Suite 105
Cedar City, UT  84721
Telephone: 435-592-9806
BurnsLaw7@gmail.com

## IN THE SIXTH JUDICIAL DISTRICT COURT
## IN AND FOR PIUTE COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, | **WARRANT OF ARREST** |
| Plaintiff, | |
| vs. | Case No. 221600011 |
| HEBER PEARSON JEFFS,<br>DOB: 07/23/1968 | Judge: |
| Defendant. | |

To the Sheriff of Piute County or any Peace Officer in the State of Utah, the above-named

Defendant, **HEBER PEARSON JEFFS**, has been duly charged by Information with the crime

of Child Kidnapping, a 1st Degree Felony, in the above-entitled Court, and based upon a Petition

for a Warrant of Arrest, a Probable Cause Statement, and a Verification by Scott Burns, the Piute

County Attorney, all filed and submitted in Support of a Warrant of Arrest, you are hereby

commanded to arrest the above-named Defendant and bring him before me, forthwith, at the

Piute County Courthouse, 550 North Main Street, Junction Utah.

Bail is set in the amount of **NO BAIL WARRANT** pending a hearing before the Court.

**END OF ORDER**

Scott Burns #04283
**PIUTE COUNTY ATTORNEY**
415 North Main Street - Suite 105
Cedar City, UT  84721
Telephone: 435-592-9806
Burnslaw7@gmail.com

---

**IN THE SIXTH JUDICIAL DISTRICT COURT,
IN AND FOR PIUTE COUNTY, STATE OF UTAH**

| | |
|---|---|
| STATE OF UTAH,<br><br>        Plaintiff,<br><br>vs.<br><br>HEBER PEARSON JEFFS,<br>dob: 07/23/1968<br><br>        Defendant. | **INFORMATION**<br><br><br>Case No. 221600011<br><br><br>Judge: **MARVIN D. BAGLEY** |

     **COMES NOW** the State of Utah, by and through Piute County Attorney Scott Burns,

and based  upon the review and screening of the investigative materials in this matter, to include

written reports from the Piute County Sheriff's Office, the Beaver County Sheriff's Office, and

the Utah Attorney General's Office, the undersigned complainant, under oath, states on

information and belief that the above-named Defendant, committed the following crimes, to wit:

### COUNT I

**CHILD KIDNAPPING, a First Degree Felony,** in violation of Utah Code Ann. §76-5-301.1 as
follows: That the Defendant, **HEBER PEARSON JEFFS**, on or about August 5th, 2022, in
Piute County, State of Utah, did knowingly and intentionally, without authority of law, and by
means and in any manner, seize, confine, detain, or transport a child without the consent of the
child's parent.

     **DATED** this 19th day of November, 2021.

1

**PIUTE COUNTY ATTORNEY**

**/s/ Scott Burns**

Scott Burns
Utah Bar # 04283

## PROBABLE CAUSE STATEMENT IN SUPPORT OF NO BAIL WARRANT

**COMES NOW** the State of Utah, by and through Piute County Attorney Scott Burns, also referred to herein as the "Affiant," under oath, and respectfully asserts that there is Probable Cause to charge the above-named Defendant, **HEBER PEARSON JEFFS** (also referred to hereafter as "the Defendant") with the criminal offense of Child Kidnapping as set-forth herein. This Information and Probable Cause Statement are based upon the review and screening of the investigative materials in this matter, to include written reports from the Piute County Sheriff's Office, the Beaver County Sheriff's Office, and the Utah Attorney General's Office, as well as pursuant to conversations with the minor child's Father and Mother, and based upon the foregoing your Affiant submits that the probable cause to charge the Defendant is as follows, to wit:

1. That is a minor female child (hereafter also referred to as "TKB" or "the child" or "the minor") was born on April 6th, 2012, in Hildale, Utah, and her parents are Rose Jeffs (hereafter referred to as "the Mother" or "Rose"), and Dowayne Aaron Barlow (hereafter referred to as "the Father" or "Dowayne"). (*see* Exhibit "A" attached hereto).

2. That, upon information and belief, sometime within the first year after the child's birth, the Mother and Father asked the Defendant and his wife, Sarah Steed Jeffs (hereafter referred to as "Sarah" or "Ms. Jeffs"), to care for TKB as the Mother and Father were splitting up

(marital problems), and that the Mother, Rose Jeffs, already had four (4) other children to care

for at that time and believed that it would be helpful for Mother and Father and TKB. It should

be noted that, upon information and belief, the Defendant is Mother's brother and Father's

brother-in-law, Ms. Jeffs is Mother's and Father's sister-in-law, and the Defendant is TKB's

Uncle. It is further alleged that Mother and Father ultimately did sever their ties and relationship

and Mother moved with her other four (4) children to Cache County, Utah, and Father does not

live with the Mother and that he currently resides in the state of Arizona.

    **3.** Your Affiant alleges, upon information and belief from the police reports, which

contain statements from TKB's Mother and Father, and from your Affiant's interview with the

Father, that over the course of the next 9 or 10 years, TKB continued to live with the Defendant

and Ms. Jeffs, but that Mother and Father had full and unrestricted access to see her, and that

Mother maintained a relationship with her daughter to include visits and taking  her to see her

siblings who, currently, live in Cache County, Utah.

    **4.** Your Affiant alleges, upon information and belief, that the Defendant (Heber Pearson

Jeffs) and the Mother (Rose Jeffs) are siblings and are the niece and nephew or Warren Jeffs, the

recognized prophet of the FLDS Church—i.e., their Father is Warren Jeffs brother. It is further

alleged that during the past year, the Defendant was living at 134 East 200 South, Kingston, Utah

84743.

    **5.** Your Affiant alleges, upon information and belief, that the Defendant has been and

remains a loyal and active member of the FLDS Church and recognizes Warren Jeffs as the

prophet of that Church. It is further alleged that Mother (Rose Jeffs) left the FLDS Church, has

not been an active member of this Church for years, and does not recognize Warren Jeffs as

having any power or control over her, her children (including TKB) or her life; in addition Father

Dowayne Jeffs also left the FLDS Church and likewise does not recognize Warren Jeffs as a

Prophet or as a person having any power or authority over him or his daughter TKB.

**6.** It is alleged, upon information and belief, that sometime within the last year

(sometime in 2022) Warren Jeffs announced that he had a revelation [Warren Jeffs is serving a

prison sentence in the state of Texas] and also delegated some or all of his authority to his son

Helaman Jeffs. It is further alleged, upon information and belief, that through Warren Jeff's

revelation he commanded or ordered that the FLDS female members should quit their current

employment and activities and "gather" (essentially "shelter in place") and prepare to move to a

location or locations (unknown to your Affiant) as directed by Warren Jeffs or Helaman Jeffs. In

addition to the foregoing, it is alleged that the male members of the FLDS church were directed

by Warren Jeffs and/or Helaman Jeffs to pursue work (primarily construction work) collectively

and send monies (either to Helaman Jeffs or directly to female FLDS members who are

"gathered") pending further direction or orders from Warren Jeffs and/or Helaman Jeffs.

**7.** It is alleged, upon information and belief, that Warren Jeffs (in his capacity as the

Prophet of the FLDS Church) has forbidden female members of the FLDS Church to marry or

bear children for several years now, and that this edict is to remain in place until Warren Jeffs

states otherwise. It is further alleged that Warren Jeffs, and/or his son Helaman Jeffs, have

directed the FLDS members to engage in the course of action set-forth above (females to

"gather" and the males to "work" until further direction) in preparation for lifting the ban, or the

restriction, from marrying or bearing children, that has been in place for over a decade.

**8.** Your Affiant asserts that the information set-forth above upon information and belief, in ¶ 4-7, is relevant as Mother reported to law enforcement authorities that she had full and free access to see her daughter TKB from birth until August of 2022, at or about the time Warren Jeffs and/or Helaman Jeffs directed the female FLDS members to "gather" and the male FLDS members to "work" and prepare for relocation and the lifting of the "non-marriage edict."

**9.** It is alleged that sometime in July or early August, 2022, Mother was told that Sarah Jeffs (the Defendant's wife) was no longer taking care of TKB with the Defendant, which was of great concern to the Mother and Father. It is further alleged that, based upon the foregoing, Mother Rose Jeffs called the Defendant (on or about August 3rd, 2022) and asked whether or not Sarah Jeffs was still taking care of TKB, and the Defendant stated, in sum and substance, "it's true that Sarah is no longer with TKB" and that "he was taking care of her now." It is alleged that the Mother asked the Defendant if she could visit TKB and the Defendant said "yes."

**10.** Your Affiant alleges, based upon the police reports and statements from the Mother Rose Jeffs, that arrangements were made for her to visit her daughter and on or about August 3rd, 2022, and while travelling to see TKB, Mother received a phone call from the Defendant and he stated that the Mother was not to go to his home and that they would meet at a park in Richfield, Utah, instead of his home in Kingston, Utah.

**11.** It is alleged that the Mother, Rose Jeffs, met with the Defendant at the park in Richfield, Utah, and that the Defendant told her, in sum and substance, that "circumstances have changed and I am going go change things from the way you and Sarah had it set up;" the Defendant further stated that he wasn't "cutting her off from TKB" but that he "just wants to do things differently, his own way." The Mother asserts that she believes the Defendant received

5

directives (communications) from either Helaman Jeffs or Warren Jeffs as to why she was not allowed access to her daughter, as had been the arrangement for years when Sarah Jeffs was with the minor child as her caretaker.

12. Your Affiant is informed that the Mother, Rose Jeffs, emailed the Defendant and stated that she wanted TKB back as she was now in a position to take care of her; it is alleged that the Defendant did not respond to the email and so on or about August 5th, 2022, the Mother travelled to the Defendant's home in Kingston, Piute County, State of Utah, with the intent of taking her daughter into her custody. It is alleged that when Rose arrived at the Defendant's home in Kingston, Utah, that she remained on the doorstep with the Defendant just inside the home and the minor child TKB was standing behind the Defendant in the home.

13. Your Affiant alleges that as the Mother, Rose Jeffs, stood just outside the Defendant's home (as ordered) speaking with the Defendant, and demanding that the Defendant allow her to take her daughter, that the Defendant stated (with TKB standing directly behind him) "I'm taking it further" and that "I will not give TKB up except by force through law enforcement."

14. Your Affiant asserts that, after refusing to allow the Mother to take her child, the Defendant stated that he would not be communicating with her, that he was cutting her off, and that she would "not be allowed access to her child unless she was going to get back into the Church (FLDS) by writing to Helaman Jeffs or Warren Jeffs." It is further alleged that, during this encounter on August 5th, 2022, at the Defendant's home, the Mother Rose Jeffs was not allowed to enter the Defendant's home and the child was not allowed to go outside the home.

6

**15.** Your Affiant asserts that the Mother went from the Defendant's home to the Piute County Sheriff's Office and asked for assistance in getting her daughter back; it is alleged that the Mother was told she needed a Birth Certificate and/or Court documents that stated she was entitled to take custody of this child from the Defendant.

**16.** Your Affiant is informed that the Mother retained an attorneys, Michael R. Branum and Maureen Minson, in St. George, Utah, and through Court filings the Mother secured an Order Granting Preliminary Injunction, entered by the Honorable John Walton on September 21st, 2022, therein directing the Defendant to immediately deliver TKB to the care and custody of Rose Jeffs, (*see* Exhibit "B" attached hereto) and on September 23rd, 2022, Judge Walton issued a Writ of Assistance to Remove Child, therein directing law enforcement to locate TKB and deliver her to her Mother – and to use reasonable means (including force if necessary to restrain anyone who interferes) to remove the child from the Defendant or third parties. (*see* Exhibit "C" attached hereto).

**17.** On September 22nd, 2022, the Mother again sought assistance from the Piute County Sheriff's Office and Deputy Mike Gayler was assigned to assist her; on information and belief, Rose Jeffs presented the Order Granting Preliminary Injunction and the Birth Certificate (that she was told she needed to obtain assistance from law enforcement) and based upon the foregoing, Piute County Deputy Sheriff Gayler and the Mother went to the Defendant's residence in Kingston, Utah, knocked on the door, for a long time, and were finally greeted by a woman identified as "Leona" (it is alleged that Leona is Sarah Jeffs's sister—i.e., the Defendant's sister-in-law) who told them that TKB is with Heber Jeffs (the Defendant), that they have been gone for approximately four (4) weeks, and that she has no idea when "he" would be

back. It is alleged that Deputy Gayler told "Leona" that if she hears from the Defendant, she needs to tell him to call him (Deputy Gayler) as soon as possible. Your Affiant is informed that, based upon the foregoing, Deputy Gayler entered the minor child TKB in the National Crime Information Center (NCIC) as a "missing person" and informed Mother Rose Jeffs that he would keep an eye on the residence and look for  and the Defendant; neither Deputy Gayler nor the Mother have heard anything, from anyone, regarding TKB's whereabouts since that date.

18.  Your Affiant is informed, and therefore asserts, that from and after September 22nd, 2022, law enforcement authorities have tried to locate Heber Jeffs, the Defendant, by calling places where he was known to be employed and lived (Phaze Construction in Cedar City, Utah, NewEra Manufacturing in Cedar City, and an apartment in Perry, Utah) and officers were told that he no longer works or lives there and they do not know his whereabouts. It is asserted that law enforcement also called telephone numbers associated with the Defendant and called him and left messages -- and also sent emails to the Defendant at a known email address, all with no response. Your Affiant asserts that law enforcement officers were informed that the Defendant might be working with Phaze Construction on a job at the airport in Jackson Hole, Wyoming and that the construction company has rented several residences for workers and that the rentals are located at 180 West Kearns Ave.; 2660 South Juniper Lane, 1900 West Cinnamon Teal Road, and 700 West Ridge Road, all in Jackson Hole, Wyoming (which would be consistent with the information received that Warren Jeffs and/or Helaman Jeffs directed the men to come together and "work") and thus, possibly, the child may be in Jackson Hole, Wyoming, which is across state lines and outside the state of Utah if true. That said, your Affiant asserts that nobody known

to the Mother, the Father, or law enforcement has provided any information regarding the current whereabouts of TKB.

19.   Your Affiant alleges, upon information and belief, that the last time TKB was seen by the Mother (or anyone associated with the Mother, the Father and law enforcement) was on August 5th, 2022, in Piute County, State of Utah.

20.   Your Affiant asserts, upon information and belief, that the Defendant is not TKB's Father, or Guardian, and has no legal right to exercise care, custody or control over this 10 year old child. It is further asserted that the Defendant knew on August 3rd, 2022, and two-days later, on August 5th, 2022, that Mother Rose Jeffs intended to take custody and control of her daughter and that the Defendant denied her of that right.

21.   Finally, your Affiant alleges upon information and belief that the Defendant's whereabouts are unknown, and more importantly the whereabouts of this 10 year old child are unknown, and that the Defendant is the last person observed with the child by Mother Rose Jeffs when the Defendant refused to allow her to take her child.

**BASED** upon the foregoing, the State of Utah asserts that there is Probable Cause to believe that the Defendant, **HEBER PEARSON JEFFS**, committed the crime of Kidnapping, a First Degree felony and that a Warrant for his arrest is necessary to secure his appearance before the 6th Judicial District Court in and for Piute County, State of Utah. In addition, the State of Utah requests that Warrant should be a "No Bail" Warrant and that the Defendant should be held in jail pending a hearing before the Court to determine if bail should be set bail and, if bail is set, the conditions of release.

**DATED** this 19th day of November, 2021.

9

**PIUTE COUNTY ATTORNEY**

**/s/ Scott Burns**

_____

Scott Burns
Utah Bar # 04283


**VERIFICATION**

**STATE OF UTAH   )**
                      **:**
**COUNTY OF IRON )**

    **SCOTT BURNS,** after being duly sworn, deposes and says: That I am the Piute
County Attorney and the Complainant in the above-entitled matter and that I have read the
foregoing Information charging the Defendant with the crime set forth above, as well as the
Probable Cause Statement.  I further state that, based upon the reports from law enforcement
and statements received from Rose Jeffs and Dowayne Jeffs, and evidence collected in the
investigation of this case, I have prepared this Information and state under oath and subject to
all potential penalties for perjury, that I have read the Affidavit of Probable Cause and the
reports and reviewed the evidence and (upon information and belief) I believe the same to be
true and have, therefore, affixed my signature to this Information and this Probable Cause
Statement as if I had been present and signed the same before a Notary Public, or Sworn the
same to be true, under Oath, before the Court, on the date that is set-forth hereafter.

    **DATED** this19th day of December, 2022.

    **PIUTE COUNTY ATTORNEY**

    **/s/ Scott Burns**

_____

Scott Burns
Utah Bar # 04283

Scott Burns #04283
**PIUTE COUNTY ATTORNEY**
415 North Main Street - Suite 105
Cedar City, UT  84721
Telephone: 435-592-9806
Burnslaw7@gmail.com

---

**IN THE SIXTH JUDICIAL DISTRICT COURT,
IN AND FOR PIUTE COUNTY, STATE OF**

| | |
|---|---|
| STATE OF UTAH,<br><br>                    Plaintiff,<br><br>vs.<br><br>HEBER PEARSON JEFFS,<br>DOB: 07/23/1968<br>                    Defendant. | **PETITION FOR WARRANT OF ARREST BASED UPON CRIMINAL INFORMATION AND VERIFIED STATEMENT OF PROBABLE CAUSE**<br><br>  Case No. 221600011<br><br>  Judge: **MARVIN D. BAGLEY** |

**PETITION FOR WARRANT OF ARREST**

**COMES NOW** the State of Utah, by and through Piute County Attorney Scott Burns,

and respectfully petitions this Court to issue a Warrant of Arrest, **NO BAIL**, pending a hearing

before the Court, for **HEBER PEARSON JEFFS**.  This Petition is based upon the Statement of

Probable Cause, set-forth hereafter, and Verification, by Scott Burns, Piute County Attorney, as

well as a criminal Information charging the Defendant with Child Kidnapping, a First Degree

Felony, filed this date, therein alleging and verifying that a Warrant of Arrest is supported in fact

and in law.

**VERIFIED PROBABLE CAUSE STATEMENT IN SUPPORT OF ARREST WARRANT**

**COMES NOW** the State of Utah, by and through Piute County Attorney Scott Burns,

also referred to herein as the "Affiant," under oath, and respectfully asserts that there is Probable

Cause to charge the above-named Defendant, **HEBER PEARSON JEFFS** (also referred to

hereafter as "the Defendant") with the criminal offense of Child Kidnapping as set-forth herein.

This Information and Probable Cause Statement are based upon the review and screening of the

investigative materials in this matter, to include written reports from the Piute County Sheriff's

Office, the Beaver County Sheriff's Office, and the Utah Attorney General's Office, as well as

pursuant to conversations with the minor child's Father and Mother, and based upon the

foregoing your Affiant submits that the probable cause to charge the Defendant is as follows, to

wit:

     1.  That  is a minor female child (hereafter also referred to as "TKB" or "the child" or

"the minor") was born on April 6th, 2012, in Hildale, Utah, and her parents are Rose Jeffs

(hereafter referred to as "the Mother" or "Rose"), and Dowayne Aaron Barlow (hereafter

referred to as "the Father" or "Dowayne"). (*see* Exhibit "A" attached hereto).

     2.  That, upon information and belief, sometime within the first year after the child's

birth, the Mother and Father asked the Defendant and his wife, Sarah Steed Jeffs (hereafter

referred to as "Sarah" or "Ms. Jeffs"), to care for TKB as the Mother and Father were splitting up

(marital problems), and that the Mother, Rose Jeffs, already had four (4) other children to care

for at that time and believed that it would be helpful for Mother and Father and TKB. It should

be noted that, upon information and belief, the Defendant is Mother's brother and Father's

brother-in-law, Ms. Jeffs is Mother's and Father's sister-in-law, and the Defendant is TKB's

Uncle. It is further alleged that Mother and Father ultimately did sever their ties and relationship

and Mother moved with her other four (4) children to Cache County, Utah, and Father does not live with the Mother and that he currently resides in the state of Arizona.

3. Your Affiant alleges, upon information and belief from the police reports, which contain statements from TKB's Mother and Father, and from your Affiant's interview with the Father, that over the course of the next 9 or 10 years, TKB continued to live with the Defendant and Ms. Jeffs, but that Mother and Father had full and unrestricted access to see her, and that Mother maintained a relationship with her daughter to include visits and taking her to see her siblings who, currently, live in Cache County, Utah.

4. Your Affiant alleges, upon information and belief, that the Defendant (Heber Pearson Jeffs) and the Mother (Rose Jeffs) are brother and sister and are the niece and nephew or Warren Jeffs, the recognized prophet of the FLDS Church—i.e., their Father is Warren Jeffs brother. It is further alleged that during the past year, the Defendant was living at 134 East 200 South, Kingston, Utah 84743.

5. Your Affiant alleges, upon information and belief, that the Defendant has been and remains a loyal and active member of the FLDS Church and recognizes Warren Jeffs as the prophet of that Church. It is further alleged that Mother (Rose Jeffs) left the FLDS Church, has not been an active member of this Church for years, and does not recognize Warren Jeffs as having any power or control over her, her children (including TKB) or her life; in addition Father Dowayne Jeffs also left the FLDS Church and likewise does not recognize Warren Jeffs as a Prophet or as a person having any power or authority over him or his daughter TKB.

6. It is alleged, upon information and belief, that sometime within the last year (sometime in 2022) Warren Jeffs announced that he had a revelation [Warren Jeffs is serving a

3

prison sentence in the state of Texas] and also delegated some or all of his authority to his son Helaman Jeffs. It is further alleged, upon information and belief, that through Warren Jeff's revelation he commanded or ordered that the FLDS female members should quit their current employment and activities and "gather" (essentially "shelter in place") and prepare to move to a location or locations (unknown to your Affiant) as directed by Warren Jeffs or Helaman Jeffs. In addition to the foregoing, it is alleged that the male members of the FLDS church were directed by Warren Jeffs and/or Helaman Jeffs to pursue work (primarily construction work) collectively and send monies (either to Helaman Jeffs or directly to female FLDS members who are "gathered") pending further direction or orders from Warren Jeffs and/or Helaman Jeffs.

7. It is alleged, upon information and belief, that Warren Jeffs (in his capacity as the Prophet of the FLDS Church) has forbidden female members of the FLDS Church to marry or bear children for several years now, and that this edict is to remain in place until Warren Jeffs states otherwise. It is further alleged that Warren Jeffs, and/or his son Helaman Jeffs, have directed the FLDS members to engage in the course of action set-forth above (females to "gather" and the males to "work" until further direction) in preparation for lifting the ban, or the restriction, from marrying or bearing children, that has been in place for over a decade.

8. Your Affiant asserts that the information set-forth above upon information and belief, in ¶ 4-7, is relevant as Mother reported to law enforcement authorities that she had full and free access to see her daughter TKB from birth until August of 2022, at or about the time Warren Jeffs and/or Helaman Jeffs directed the female FLDS members to "gather" and the male FLDS members to "work" and prepare for relocation and the lifting of the "non-marriage edict."

4

**9.**   It is alleged that sometime in July or early August, 2022, Mother was told that Sarah Jeffs (the Defendant's wife) was no longer taking care of TKB with the Defendant, which was of great concern to the Mother and Father. It is further alleged that, based upon the foregoing, Mother Rose Jeffs called the Defendant (on or about August 3rd, 2022) and asked whether or not Sarah Jeffs was still taking care of TKB, and the Defendant stated, in sum and substance, "it's true that Sarah is no longer with TKB" and that "he was taking care of her now." It is alleged that the Mother asked the Defendant if she could visit TKB and the Defendant said "yes."

**10.**   Your Affiant alleges, based upon the police reports and statements from the Mother Rose Jeffs, that arrangements were made for her to visit her daughter and on or about August 3rd, 2022, and while travelling to see TKB, Mother received a phone call from the Defendant and he stated that the Mother was not to go to his home and that they would meet at a park in Richfield, Utah, instead of his home in Kingston, Utah.

**11.**   It is alleged that the Mother, Rose Jeffs, met with the Defendant at the park in Richfield, Utah, and that the Defendant told her, in sum and substance, that "circumstances have changed and I am going to change things from the way you and Sarah had it set up;" the Defendant further stated that he wasn't "cutting her off from TKB" but that he "just wants to do things differently, his own way." The Mother asserts that she believes the Defendant received directives (communications) from either Helaman Jeffs or Warren Jeffs as to why she was not allowed access to her daughter, as had been the arrangement for years when Sarah Jeffs was with the minor child as her caretaker.

**12.**   Your Affiant is informed that the Mother, Rose Jeffs, emailed the Defendant and stated that she wanted TKB back as she was now in a position to take care of her; it is alleged

that the Defendant did not respond to the email and so on or about August 5th, 2022, the Mother

travelled to the Defendant's home in Kingston, Piute County, State of Utah, with the intent of

taking her daughter into her custody. It is alleged that when Rose arrived at the Defendant's

home in Kingston, Utah, that she remained on the doorstep with the Defendant just inside the

home and the minor child TKB was standing behind the Defendant in the home.

      **13.**  Your Affiant alleges that as the Mother, Rose Jeffs, stood just outside the

Defendant's home (as ordered) speaking with the Defendant, and demanding that the Defendant

allow her to take her daughter, that the Defendant stated (with TKB standing directly behind

him) "I'm taking it further" and that "I will not give TKB up except by force through law

enforcement."

      **14.**  Your Affiant asserts that, after refusing to allow the Mother to take her child, the

Defendant stated that he would not be communicating with her, that he was cutting her off, and

that she would "not be allowed access to her child unless she was going to get back into the

Church (FLDS) by writing to Helaman Jeffs or Warren Jeffs." It is further alleged that, during

this encounter on August 5th, 2022, at the Defendant's home, the Mother Rose Jeffs was not

allowed to enter the Defendant's home and the child was not allowed to go outside the home.

      **15.**  Your Affiant asserts that the Mother went from the Defendant's home to the Piute

County Sheriff's Office and asked for assistance in getting her daughter back; it is alleged that

the Mother was told she needed a Birth Certificate and/or Court documents that stated she was

entitled to take custody of this child from the Defendant.

      **16.**  Your Affiant is informed that the Mother retained an attorneys, Michael R. Branum

and Maureen Minson, in St. George, Utah, and through Court filings the Mother secured an

Order Granting Preliminary Injunction, entered by the Honorable John Walton on September 21st, 2022, therein directing the Defendant to immediately deliver TKB to the care and custody of Rose Jeffs, (*see* Exhibit "B" attached hereto) and on September 23rd, 2022, Judge Walton issued a Writ of Assistance to Remove Child, therein directing law enforcement to locate TKB and deliver her to her Mother – and to use reasonable means (including force if necessary to restrain anyone who interferes) to remove the child from the Defendant or third parties. (*see* Exhibit "C" attached hereto).

17. On September 22nd, 2022, the Mother again sought assistance from the Piute County Sheriff's Office and Deputy Mike Gayler was assigned to assist her; on information and belief, Rose Jeffs presented the Order Granting Preliminary Injunction and the Birth Certificate (that she was told she needed to obtain assistance from law enforcement) and based upon the foregoing, Piute County Deputy Sheriff Gayler and the Mother went to the Defendant's residence in Kingston, Utah, knocked on the door, for a long time, and were finally greeted by a woman identified as "Leona" (it is alleged that Leona is Sarah Jeffs's sister—i.e., the Defendant's sister-in-law) who told them that TKB is with Heber Jeffs (the Defendant), that they have been gone for approximately four (4) weeks, and that she has no idea when "he" would be back. It is alleged that Deputy Gayler told "Leona" that if she hears from the Defendant, she needs to tell him to call him (Deputy Gayler) as soon as possible. Your Affiant is informed that, based upon the foregoing, Deputy Gayler entered the minor child TKB in the National Crime Information Center (NCIC) as a "missing person" and informed Mother Rose Jeffs that he would keep an eye on the residence and look for  and the Defendant; neither Deputy Gayler nor the Mother have heard anything, from anyone, regarding TKB's whereabouts since that date.

7

**18.** Your Affiant is informed, and therefore asserts, that from and after September 22nd, 2022, law enforcement authorities have tried to locate Heber Jeffs, the Defendant, by calling places where he was known to be employed and lived (Phaze Construction in Cedar City, Utah, NewEra Manufacturing in Cedar City, and an apartment in Perry, Utah) and officers were told that he no longer works or lives there and they do not know his whereabouts. It is asserted that law enforcement also called telephone numbers associated with the Defendant and called him and left messages – and also sent emails to the Defendant at a known email address, all with no response. Your Affiant asserts that law enforcement officers were informed that the Defendant might be working with Phaze Construction on a job at the airport in Jackson Hole, Wyoming and that the construction company has rented several residences for workers and that the rentals are located at 180 West Kearns Ave.; 2660 South Juniper Lane, 1900 West Cinnamon Teal Road, and 700 West Ridge Road, all in Jackson Hole, Wyoming (which would be consistent with the information received that Warren Jeffs and/or Helaman Jeffs directed the men to come together and "work") and thus, possibly, the child may be in Jackson Hole, Wyoming, which is across state lines and outside the state of Utah if true. That said, your Affiant asserts that nobody known to the Mother, the Father, or law enforcement has provided any information regarding the current whereabouts of TKB.

**19.** Your Affiant alleges, upon information and belief, that the last time TKB was seen by the Mother (or anyone associated with the Mother, the Father and law enforcement) was on August 5th, 2022, in Piute County, State of Utah.

**20.** Your Affiant asserts, upon information and belief, that the Defendant is not TKB's Father, or Guardian, and has no legal right to exercise care, custody or control over this 10 year

old child. It is further asserted that the Defendant knew on August 3rd, 2022, and two-days later,

on August 5th, 2022, that Mother Rose Jeffs intended to take custody and control of her daughter

and that the Defendant denied her of that right.

21. Finally, your Affiant alleges upon information and belief that the Defendant's

whereabouts are unknown, and more importantly the whereabouts of this 10 year old child are

unknown, and that the Defendant is the last person observed with the child by Mother Rose Jeffs

when the Defendant refused to allow her to take her child.

BASED upon the foregoing, the State of Utah asserts that there is Probable Cause to

believe that the Defendant, **HEBER PEARSON JEFFS**, committed the crime of Child

Kidnapping, a First Degree felony and that a Warrant for his arrest is necessary to secure his

appearance before the 6th Judicial District Court in and for Piute County, State of Utah. In

addition, the State of Utah requests that Warrant should be a "No Bail" Warrant and that the

Defendant should be held in jail pending a hearing before the Court to determine if bail should

be set bail and, if bail is set, the conditions of release.

**DATED** this 19th day of November, 2021.

**PIUTE COUNTY ATTORNEY**

**/s/ Scott Burns**

_____

Scott Burns
Utah Bar # 04283

**VERIFICATION**

**STATE OF UTAH   )**
                    :
**COUNTY OF IRON )**

    **SCOTT BURNS,** after being duly sworn, deposes and says: That I am the Piute County Attorney and the Complainant in the above-entitled matter and that I have read the foregoing Probable Cause Statement. I further state that, based upon the reports from law enforcement and statements received from Rose Jeffs and Dowayne Jeffs, and evidence collected in the investigation of this case, I have prepared this Probable Cause Statement and state under oath and subject to all potential penalties for perjury, that I have read the reports and reviewed the evidence and (upon information and belief) I believe the same to be true and have, therefore, affixed my electronic signature to this Probable Cause Statement as if I had been present and signed the same before a Notary Public, or Sworn the same to be true, under Oath, before the Court, on the date that is set-forth hereafter.

    **DATED** this19th day of December, 2022.

    **PIUTE COUNTY ATTORNEY**

    **/s/  Scott Burns**
_____
Scott Burns
Utah Bar # 04283

10



Heber JEffs

🔍 All   📰 News   🖼 Images   📍 Maps   ▶ Videos   ⋮ More          Tools

About 213,000 results (0.36 seconds)

https://kjzz.com › news › local › warren-jeffs-nephew-c... ⋮
### Warren Jeffs' nephew charged with kidnapping girl in Utah
Dec 24, 2022 — In court documents filed in Piute County on Monday, prosecutors said **Heber Jeffs**, 54, has kept his niece in his home in Kingston, Utah, ...

https://www.fox13now.com › news › local-news › fathe... ⋮
### Father of girl kidnapped after Warren Jeffs' 'revelation' pleads ...
Dec 22, 2022 — '' The disappearance of **Heber Jeffs** and Tammy Barlow follows a "revelation" in August by Warren Jeffs from his prison cell in Texas, where he's ...

https://www.instagram.com › heebs19
### Heber Jeffs (@heebs19) • Instagram photos and videos
937 Followers, 1088 Following, 19 Posts - See Instagram photos and videos from **Heber Jeffs** (@heebs19)

https://www.ksl.com › article › new-warren-jeffs-revelat... ⋮
### New Warren Jeffs 'revelations' tied to child kidnapping case of ...
Dec 20, 2022 — **Heber** Pearson **Jeffs**, 54, of Kingston, Piute County, was charged Monday in 6th District Court with child kidnapping, a first-degree felony, ...

https://abcnews.go.com › wireStory › warren-jeffs-neph... ⋮
### Warren Jeffs' nephew charged with kidnapping girl in Utah
Dec 21, 2022 — In court documents filed in Piute County on Monday, prosecutors said **Heber Jeffs**, 54, has kept his niece in his home in Kingston, Utah, ...

---

**People also search for**

rulon jeffs    is warren jeffs still alive

warren jeff    roy jeffs

---

https://www.facebook.com › public › Heber-Jeffs ⋮
### heber-jeffs Profiles | Facebook
View the profiles of people named **Heber Jeffs**. Join Facebook to connect with **Heber Jeffs** and others you may know. Facebook gives people the power to...

## People also ask   ⋮

Is Warren Jeffs still in a coma?

Who runs the FLDS now?

Is the FLDS still active?

How many biological children does Warren Jeffs have?

Feedback

## 🖼 Images for Heber JEffs   ⋮



Feedback

View all →

https://www.audacy.com › ... › News › National   ⋮

**Warren Jeffs' nephew charged with kidnapping girl in ... - Audacy**

Dec 22, 2022 — Officials allege that **Heber Jeffs**, 54, and his 10-year-old niece have vanished, presumably to separate the child from her mother under ...

https://www.reddit.com › exmormon › comments › tf_...   ⋮

**TF going on with the FLDS? Warren's disturbing new ... - Reddit**

Dec 21, 2022 — **Heber Jeffs**, and a ten year old girl who's parents are ex-FLDS, have been missing since August. A federal arrest warrant for **Heber Jeffs** for ...

https://kion546.com › ap-national-news › 2022/12/21   ⋮

**Warren Jeffs' nephew charged with kidnapping girl in Utah**

Dec 21, 2022 — Prosecutors in Utah this week filed charges after not being able to locate the child or **Heber Jeffs**, who was helping his sister raise the ...

## Related searches   ⋮

**rulon** jeffs                  **is warren** jeffs **still alive**

**warren jeff**                   **roy** jeffs

https://www.ancestry.com › genealogy › records › nelli...   ⋮

**Nellie Gertrude Jeffs 1900-1970 - Ancestry.com**

Born in Northumberland, Ontario, Canada on 11 Jul 1900 to Frederick "Fred" Isaac **Heber Jeffs** and Martha Ann Hagerman. Nellie Gertrude Jeffs had 4 children.

https://www.latinpost.com › articles › warren-jeffs-neph...   ⋮

**Warren Jeffs' Nephew Charged With Kidnapping 10-Year-Old ...**

Dec 22, 2022 — In court documents filed in Piute County on Monday, prosecutors said **Heber Jeffs**, 54, and his niece have gone missing following Jeffs' orders ...

https://localtoday.news › News   ⋮

**Warren Jeffs' nephew faces charges of kidnapping girl in Utah**

Dec 22, 2022 — In court documents filed Monday in Piute County, prosecutors said **Heber Jeffs**, 54, kept his niece at his home in Kingston, Utah, ...

https://www.tiktok.com › @jaredjeffs52   ⋮

**Jared Jeffs (@jaredjeffs52) - TikTok**

Jared **Jeffs** (@jaredjeffs52) on TikTok | 566 Followers. Construction worker.Watch the latest video from Jared **Jeffs** (@jaredjeffs52).

https://ryeland.com › familygroup   ⋮

**Frederick Isaac Heber JEFFS / Martha Ann HAGERMAN (F5168)**

Family Group Sheet for Frederick Isaac **Heber JEFFS** / Martha Ann HAGERMAN (F5168) m. 27 Oct 1891 : Ryeland Family Tree.

Heber JEffs - Google Search

https://www.fastbackgroundcheck.com › people › hebe...   ⋮

**Find people named Heber Jeffs - FastBackgroundCheck**

Heber S Jeffs Kingston, UT. AKA: **Heber Jeffs** • Heber Steed Jeffs • Jeffs Heber. Age: 26. 134 E
200 S, Kingston UT 84743. (Current Address) · Heber P Jeffs Perry, ...

https://www.image-maps.com › people   ⋮

**Arron Jeffs , (435) 657-9428 , Heber City, UT | Image-Maps.com**

Arron lives at 715 School House Way in **Heber** City, UT 84032. What is Arron's phone number?
Arron **Jeffs's** phone number is (435) 657-9428. What kind of home ...

https://www.findagrave.com › ... › Heber City Cemetery   ⋮

**Sarah Ann Chatwin Jeffs (1854-1913) - Find a Grave Memorial**

Born in 23 Mar 1854 and died in 30 Aug 1913 **Heber** City, Utah Sarah Ann Chatwin **Jeffs**.
Memorial ID: 37237019 · View Source

https://headtopics.com › father-of-girl-kidnapped-after-...   ⋮

**Father of girl kidnapped after Warren Jeffs' 'revelation' pleads ...**

Dec 23, 2022 — KINGSTON, Utah — The Piute County Attorney filed first-degree felony
kidnapping charges on Monday against **Heber** Pearson **Jeffs**.Dec.

https://www.whodoyou.com › ... › Electrician   ⋮

**Gideon Jeffs/Falcon Enterprise in Heber City, UT - WhoDoYou**

3 reviews for Gideon **Jeffs**/Falcon Enterprise | Electrician in **Heber** City, UT | Gideon **Jeffs**.
Vanguard electric. Excellent work and reliable. Shows up an...

More results ⌄



VIDEO    LIVE    SHOWS    GUNS IN AMERICA

# Warren Jeffs' nephew charged with kidnapping girl in Utah

The nephew of an imprisoned polygamous leader is facing kidnapping charges after his sister told law enforcement that he was keeping her from her daughter

By SAM METZ Associated Press
December 21, 2022, 3:31 PM

   

SALT LAKE CITY -- Utah has filed kidnapping charges against the nephew of imprisoned polygamous leader Warren Jeffs, saying that he and his sister's 10-year-old daughter have gone missing, apparently to keep the girl from her mother upon orders Jeffs issued from prison in Texas.

In court documents filed in Piute County on Monday, prosecutors said Heber Jeffs, 54, has kept his niece in his home in Kingston, Utah, since his uncle said earlier this year that he received a revelation from God directing his followers to "gather" the community's women "and prepare to move to a location or locations as directed by Warren Jeffs," or his son, Helaman Jeffs.

Warren Jeffs is the president of the Fundamentalist Church of Jesus Christ of Latter-day Saints. The faith is an offshoot of The Church of Jesus Christ of Latter-day Saints, widely known as the Mormon church, and espouses polygamy. It has historically been based in a small town that straddles the Utah-Arizona line. The mainstream church disavowed polygamy more than a century ago.

Since being found guilty on child sexual abuse charges stemming from underage marriages, Warren Jeffs has continued to serve as the group's prophet from a federal prison in Texas where he's serving a life sentence.

Prosecutors said that Heber Jeffs and his wife Sarah have cared for their niece, who is not named in court documents, since she was an infant, since her parents split up. Rose Jeffs, the girl's mother who is no longer an FLDS member, was allowed regular visitation and "full and free access to see her daughter" until August. At that time, Heber Jeffs told her that he would no longer allow visitation.

The court documents point to the revelation as a primary reason, saying Warren Jeffs "commanded or ordered that the FLDS female members should quit their current employment and activities and 'gather' (essentially 'shelter in place')," potentially in preparation for the lifting of a yearslong communitywide ban on marriage or child-bearing. They said Jeffs' revelation directed the community's men to send money from working in construction to leaders "pending further direction."

Rose Jeffs, according to the court documents, then demanded to take her daughter back, at which point Heber Jeffs said he planned to cut off communication. A month later, when law enforcement began pursuing Heber Jeffs, they couldn't find him at his home or places he had worked. The court issued a warrant for his arrest and he remains at large with the 10-year-old girl.

Court documents did not list an attorney for Jeffs and a phone number listed for his home in Kingston, Utah, was out of service.

The charges come weeks after federal prosecutors filed kidnapping charges against the members of a different polygamous group that splintered off from the FLDS after Jeffs' incarceration. In that case, prosecutors said followers of Sam Bateman, a self-described prophet who fashions himself as a successor to Jeffs among a smaller breakaway group, had three women flee with children placed in state foster care after he was arrested this fall.



**ABC News Network** | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use |
**Do Not Sell or Share My Personal Information** | Contact Us

Copyright © 2023 ABC News Internet Ventures. All rights reserved.