# ATTACHMENT A
## DESCRIPTION OF LOCATIONS TO BE SEARCHED

### 12324 Creeks Edge Road, Menoken, North Dakota 58558

The SUBJECT PREMISES is a "ranch style" house with an attached three (3) stalled garage. The house is tan in color with brick façade accents to the right of the front door and between the garage stalls. The front door of the premises faces the South and is accessed by a stairway leading to a deck. The house number is affixed to the brick façade on the of right side of the garages near the base of the stairs leading to the front door.







The person of Heber Pearson JEFFS
DOB XX/XX/1968
2014 Photo



## 2017 Ford Super Duty Platinum Pickup

The SUBJECT VEHICLE is a 2017 White Ford Super Duty Pickup bearing Utah license plate OJ8CE.

