AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:23-mj-78 | Date and time warrant executed: 02/11/2023  1015 Hours | Copy of warrant and inventory left with: SARAH JEFFS / HEBER JEFFS |
| Inventory made in the presence of: SARAH JEFFS | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED INVENTORIES  RH  H  RH | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/15/2023

_____
Executing officer's signature

RANDY W. HEUSLOP   SPECIAL AGENT
Printed name and title

## DEPARTMENT OF HOMELAND SECURITY – INVESTIGATIONS

### EVIDENCE INVENTORY AND RECEIPT

| Copy Distribution | |
|---|---|
| White | Case File |
| Canary | Subject |

PAGE 1 OF 2

Case Number __GJ05PT23GJ0001__
Date/Time Search Initiated __2/11/2023   10:50__
Date/Time Search Terminated __2/11/2023   13:13 Hrs__
Subject(s) Name __HEBER & SARAH JEFFS__
Address of Seizure __12324 Creeks Edge Rd. Menoken ND__   __Residence__

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 1 | iPod A1421 | LK | NE bedroom dresser Lower |
| 2 | TCL Flip 4056 SPP | LK | NE bedroom dresser Lower |
| 3 | iPad A1538 | LK | NE bedroom dresser Lower |
| 4 | Canon PowerShot SD1200 | LK | NE bedroom dresser Lower |
| 5 | Satellite P205-S6257 Laptop S/N 3J2701001K | LK | NE bedroom dresser Lower |
| 6 | PNY 16 GB Thumbdrive | DB | Lower NE Bedroom |
| 7 | PNY 16 GB Thumbdrive | DB | Lower NE Bedroom |
| 8 | Cruze Thumbdrive | DB | Lower NE Bedroom |
| 9 | Notebook Asenath | LK | Lower NE Bedroom |
| 10 | Seagate 1TB | DL | Sgt Lemieux SE bedroom |
| 11 | Samsung SSD MU-PC1T0T | DL | SE Bedroom Lower |
| 12 | Staples 16 GB Thumbdrive | DL | SE Bedroom Lower |
| 13 | SanDisk iXpand | DL | SE Bedroom Lower |
| 14 | Cruzer 64 GB | DL | SE Bedroom Lower |
| 15 | PNY 256 GB Thumbdrive | DL | SE Bedroom Lower |
| 16 | Single Sheet Letter | AD | Upper SE Bedroom closet |
| 17 | "School" Thumbdrive | DL | SE Bedroom Lower |
| 18 | Notebook Leona | DL | SE Bedroom Lower |

By _____/s/_____
(Agent's Signature)

Received By __Sarah Jeffs__

Date __02/11/2023__   Time __1328 Hours__
Date __02/11/2023__   Time __1:34 pm__

## DEPARTMENT OF HOMELAND SECURITY – INVESTIGATIONS

### EVIDENCE INVENTORY AND RECEIPT

Copy Distribution
White   Case File
Canary  Subject

PAGE 2 OF 2

Case Number: 6J05PT236J0001
Date/Time Search Initiated: 2/11/2023  10:50
Date/Time Search Terminated: 2/11/2023  13:13 Hrs
Subject(s) Name: HEGEL & SMITH JEFFS
Address of Seizure: 13324 Creeks Edge Rd, Menoken ND   residence

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 19 | Notebook Five Star | DL | SE bedroom nightstand lower |
| 20 | Dell P98f Inspiron 7706 | DL | SE bedroom lower |
| 21 | Samsung IMEI 350241600871244 | MN | upper NE bedroom closet |
| 22 | iPhone A1920 | AD | upper SE bedroom |
| 23 | iPhone A1921 | AD | upper SE Bedroom dresser |
| 24 | Samsung SCH-U680 | LK | upper NE Bedroom dresser |
| 25 | Samsung SCH-U680 Broken | LK | upper NE Bedroom dresser |

Nothing follows

By: _(Agent's Signature)_
Date: 02/11/2023  Time: 1328 Hrs

Received By: Sarah Jeffs
Date: 02/11/2023  Time: 1:34 pm

# DEPARTMENT OF HOMELAND SECURITY – INVESTIGATIONS

## EVIDENCE INVENTORY AND RECEIPT

Copy Distribution
White    Case File
Canary   Subject

PAGE 1 OF 1

Case Number __GJ OJPT 23 GJ 0001__
Date/Time Search Initiated __1015   02/11/2023__
Date/Time Search Terminated __1038   02/11/2023__
Subject(s) Name __Heber Jeffs__
Address of Seizure __1640 2nd Ave SW Minot, ND 58703    Ford F250 VT/ OJ8CE__

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 1 | Insight CTS Edge GPS  SN X00013900  2020 7950 | Breijo | windshield |
| 2 | Garmin Dash Cam w/ SD card  S/N 51G067947 | Breijo | center console |
| 3 | iPhone with case | Sandusky | on Jeffs Person |
| 4 | Letter from TBK | Breijo | center console |

By _____/9441_____ (Agent's Signature)      Received By _____

Date __02/11/2023__   Time __1040__         Date _____   Time _____